# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

FILED IN CLERKS OFFICE
2020 MAY -7 PM 5:12
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PLAINTIFF | Jennaya Bennett-Werra AKA James Bennett-Werra |
| COURT CASE NUMBER | 1:20-cv-10017-ADB |
| DEFENDANT | NaPhCare |
| TYPE OF PROCESS | Summons and complaint |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ NaPhCare

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 2040 Columbiana RD, Ste 4000 Birmingham, AL 35216

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jennaya Bennett-Werra AKA James Bennett-Werra ID# 1902435
Suffolk County H.O.C.
20 Bradston Street
Boston, MA 02118

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Contracted Medical Provider for Suffolk county House of Corrections at 20 Bradston Street Boston, MA 02118

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Jennaffer Werra

TELEPHONE NUMBER:
DATE: 4/3/2020

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 35
District to Serve No. 001
Signature of Authorized USMS Deputy or Clerk: CB
Date: 4/24/20

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Alex Joiner, HR Business Partner

Date of Service: 05/04/2020
Time: 9:50 am

Signature of U.S. Marshal or Deputy: BR

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65.00 | 9.20 | 8.00 | 82.20 | | |

REMARKS: Sent to Birmingham AL on April 30, 2020
1 DUSM, 1 hour, 16 miles

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

Case 1:20-cv-10017-ADB   Document 9   Filed 02/06/20   Page 2 of 2

Civil Action No.: 1:20–CV–10017–ADB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) NaphCare

was received by me on (date) 05/01/2020.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Alex Joiner , who is
designated by law to accept service of process on behalf of (name of organization) _____
Naphcare on (date) 05/04/2020; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.


05/04/2020
Date

*Server's Signature*

Brian Rodrigues/DUSM
*Printed name and title*

1729 5th Ave. N. Birmingham, AL
*Server's Address*

Additional information regarding attempted service, etc: