# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNAYA BENNETT-WERRA, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>　　v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　 )<br>STEVEN TOMPKINS, et al., )<br>　　　　Defendants. )<br>　　　　　　　　　　　　 ) | Civil Action No. 1:20-cv-10017-ADB |

## DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

Defendants Sheriff Steven Tompkins, Yolanda Smith, Zezinha Mitchell, Christina Ruccio and Jennifer Sullivan ("**Defendants**") respectfully request that this Court dismiss the Plaintiff's Complaint against them for failure to state a claim upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6). The Defendants rely upon the accompanying memorandum of law in support of their Motion.

> Respectfully submitted,
> By Attorney,
> MAURA HEALEY
> ATTORNEY GENERAL
> Allen H. Forbes
> Special Assistant Attorney General
>
> /s/ Melissa J. Garand
> Melissa J. Garand
> Assistant General Counsel
> BBO No. 554727
> Suffolk County Sheriff's Department
> 200 Nashua Street
> Boston, MA  02114
> (617) 704-6680
> mgarand@scsdma.org

Date:  June 30, 2020

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date. I also certify that on June 30, 2020, I sent a paper copy to the Plaintiff, Jennaya Bennett-Werra at the Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118.

                                                /s/ Melissa J. Garand
                                                Melissa J. Garand