UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:20-CV-10117-ADB

ISABELLA SCOTT,
    Plaintiff,

v.

CURRY COLLEGE,
    Defendant.

## PLAINTIFF's STATUS REPORT

The Plaintiff submits the following status report in response to the May 20, 2021, order of the Court.

The parties met with Senior United States District Judge Edward F. Harrington on November 16. 2020 for mediation. The parties did reach agreement and a Report was entered stating that "[t]his case settled. The parties will submit a consent decree for Judge Burroughs to sign."

An initial draft agreement was circulated by counsel for the Defendant in late December 2020. Plaintiff's counsel immediately objected to certain provisions of the draft. Since then, the parties have engages in numerous email exchanges, several telephone conference and the exchange of an addition five drafts of the agreement. While many terms have been resolved, the parties are still discussing certain terms. We are hopeful we will be able to resolve our current disagreement with another round of discussion.

Plaintiff's counsel respectfully requests that the parties be given until June 15, 2021, to come to an agreement and file the pleadings required by an agreement. In the event that the parties are unable to reach agreement by June 15, 2021, Plaintiff's counsel suggests that a Status

Conference be scheduled to discuss the difficulties in finalizing the agreement reached in mediation on November 16, 2020.

          ISABELLA SCOTT, Plaintiff
          By Her Attorneys

*/s/ Timothy Sindelar*
Timothy Sindelar, Esq BBO#557273
Law Office of Tim Sindelar
55 Chapel Street Suite 301
Newton, MA 02458
617 431 1201 x 101
tim@hshmlaw.com

/s/ Anthony J. Brady Jr.
1 Rose Avenue
Maple Shade, New Jersey 08052
Telephone: (561) 603.6387
Email Ladbrady@gmail.com
New Jersey bar Number 044541984

Dated: May 28, 2021

CERTIFICATE OF SERVICE

    I, Tim Sindelar, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

          /s/ Tim Sindelar