UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:20-CV-10117-ADB

|  |  |
|---|---|
| ISABELLA SCOTT,<br>    Plaintiff,<br><br>     v.<br><br>CURRY COLLEGE,<br>    Defendant. | **JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

Plaintiff, Isabella Scott, and Defendant, Curry College, having resolved this matter to the mutual satisfaction of the parties jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed, with prejudice with each party to bear their own costs, expenses and fees.

Respectfully submitted this 10th day of August 2021.

**Isabella Scott**,

By her attorneys,


*Timothy Sindelar*
Timothy Sindelar, BBO 557273
Law Office of Tim Sindelar
55 Chapel Street, Suite 301
Newton, MA 02458
Phone: (617) 431-1201
tim@hshmlaw.com

Anthony J. Brady, Jr.
1 Rose Avenue
Maple Shade, NJ 08052
Phone: (561) 603-6387
ladbrady@gmail.com

**Curry College,**

By its attorneys,


/s/ Amanda Marie Baer
Nicholas Anastasopoulos, BBO #634259
Amanda Marie Baer, BBO #681386
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
Phone: (508) 860-1472
Fax:    (508) 983-6230
nanastasopoulos@mirickoconnell.com
abaer@mirickoconnell.com

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy Sindelar, hereby certify that a copy of the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Timothy Sindelar*
Timothy Sindelar, Esq.

Dated:  August 10, 2021