UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:20-CV-10117-ADB

| | |
|---|---|
| ISABELLA SCOTT,<br>    Plaintiff,<br><br>v.<br><br>CURRY COLLEGE,<br>    Defendant. | **AMENDED<br>JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

Plaintiff, Isabella Scott, and Defendant, Curry College, having resolved this matter to the mutual satisfaction of the parties jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed, with prejudice with each party to bear their own costs, expenses and fees waiving all rights of appeal.

Respectfully submitted this 20th day of August 2021.

| | |
|---|---|
| **Isabella Scott**, | **Curry College,** |
| By her attorneys, | By its attorneys, |
| *Timothy Sindelar* | /s/ Amanda Marie Baer |
| Timothy Sindelar, BBO 557273 | Nicholas Anastasopoulos, BBO #634259 |
| Law Office of Tim Sindelar | Amanda Marie Baer, BBO #681386 |
| 55 Chapel Street, Suite 301 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Newton, MA 02458 | 1800 West Park Drive, Suite 400 |
| Phone: (617) 431-1201 | Westborough, MA 01581-3926 |
| tim@hshmlaw.com | Phone: (508) 860-1472 |
| | Fax:    (508) 983-6230 |
| Anthony J. Brady, Jr. | nanastasopoulos@mirickoconnell.com |
| 1 Rose Avenue | abaer@mirickoconnell.com |
| Maple Shade, NJ 08052 | |
| Phone: (561) 603-6387 | |
| ladbrady@gmail.com | |

## CERTIFICATE OF SERVICE

I, Amanda Marie Baer hereby certify that a copy of the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Amanda Marie Baer
Amanda Marie Baer, Esq.

Dated: August 20, 2021